# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2015

## NO. 03-15-00216-CV

**Randal Mach, Appellant**

**v.**

**The County of Bastrop, Texas, Appellee**

**APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on January 28, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.